*Henry C. Winiarski, Jr.*, in support of the petition.

*Sandra Rachel Baker* and *Vincent F. Sabatini*, in opposition.

Decided May 31, 1996

### STATE OF CONNECTICUT *v.* VAN SNYDER

The defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 544 (AC 13785), is denied.

*John M. Gesmonde*, in support of the petition.

*Rita M. Shair*, assistant state's attorney, in opposition.

Decided May 31, 1996

### STATE OF CONNECTICUT *v.* JAMES JETER

The defendant's petition for certification for appeal from the Appellate Court, 41 Conn. App. 901 (AC 14688), is denied.

*Robert M. Berke*, deputy assistant public defender, in support of the petition.

Decided June 6, 1996

### STATE OF CONNECTICUT *v.* THOMAS MARTIN, JR.

The defendant's petition for certification for appeal from the Appellate Court, 38 Conn. App. 731 (AC 12797), is denied.